ATTACHMENT A

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Raymond Balestra, declare as to the claims asserted under the federal securities laws, as follows:

1.  I have reviewed the complaint and authorized its filing.

2.  I did not purchase the WTT Tokens that are the subject of this Complaint at the direction of Plaintiff's counsel or in order to participate in this litigation.

3.  I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.  I received WTT Tokens in exchange for my investment in the Giga Watt initial coin offering. My purchase history is as follows:

| | | | |
|---|---|---|---|
| 7/17/2017 | .381283 ETH | | 62 WTT |
| 7/17/2017 | .618281 ETH | | 100 WTT |

5.  During the three years prior to the date of this Certification, I have sought to serve as a representative in one class action suit under the federal securities laws in the United States District Courts. This suit is currently pending and is entitled *Balestra v. ATBCOIN LLC, et al.,* C.A. No. 1:17-cv-10001-VSB-BCM (S.D.N.Y). Other than this suit, during the three years prior to the date of this Certification, I have not participated, nor have I sought to participate, as a representative in any class action suit in the United States District Courts under the federal securities laws.

6.  I have not received, been promised or offered, and will not accept, any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this class action, except for: (i) such damages or other relief as the Court may award to me as my pro

1

rata share of any recovery or judgment; (ii) such reasonable fees, costs or other payments as the Court expressly approves to be paid to or on behalf of me; or (iii) reimbursement, paid by my attorneys, of actual or reasonable out-of-pocket expenditures incurred directly in connection with the prosecution of this action.

I hereby certify, under penalty of perjury, that the foregoing is true and correct. Executed this 13 day of March, 2018, at Export, Pennsylvania.

Signed: _Raymond Balestra_

Name: Raymond Balestra

2