1  Barry M. Kaplan, WSBA #8661
   Gregory L. Watts, WSBA #43995
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  701 Fifth Avenue, Suite 5100
   Seattle, WA  98104-7036
4  Telephone:  (206) 883-2500
   Facsimile:   (206) 883-2699
5  Email:  bkaplan@wsgr.com
   Email:  gwatts@wsgr.com
6
7  Attorneys for Defendants
   Giga Watt, Inc., GigaWatt Pte. Ltd.,
8  Cryptonomos Pte. Ltd., and Dave Carlson

9
                   UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF WASHINGTON

11
   RAYMOND BALESTRA,                    CASE NO.:  2:18-cv-00103
12
            Plaintiff,                  CLASS ACTION
13
         v.                             NOTICE OF APPEARANCE OF
14                                      GREGORY L. WATTS ON BEHALF
   GIGA WATT, INC., et al.,             OF GIGA WATT, INC., GIGAWATT
15                                      PTE. LTD., CRYPTONOMOS PTE.
            Defendants.                 LTD., and DAVE CARLSON
16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE OF
GREGORY L. WATTS

1    TO:        The Clerk of the Court

2    AND TO:    All Parties of Record

3    PLEASE TAKE NOTICE that Gregory L. Watts of Wilson Sonsini Goodrich

4 & Rosati hereby appears as attorney of record for Defendants Giga Watt, Inc.,

5 GigaWatt Pte. Ltd., Cryptonomos Pte. Ltd., and Dave Carlson.  Mr. Watts hereby

6 requests that all future papers and pleadings herein, except original process, be

7 served upon him, at the address set forth below.  Such appearance shall be without

8 prejudice to the Defendants' ability to contest jurisdiction or service of process or

9 assert any other rights or defenses.

10 Dated:  April 13, 2018

11
/s/ Gregory L. Watts
Barry M. Kaplan, WSBA #8661
12 Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
13 Professional Corporation
701 Fifth Avenue, Suite 5100
14 Seattle, WA  98104-7036
Telephone:  (206) 883-2500
15 Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
16 Email:  gwatts@wsgr.com

17
*Attorneys for Defendants Giga Watt, Inc.,*
18 *GigaWatt Pte. Ltd., Cryptonomos Pte. Ltd.,*
*and Dave Carlson*

19

20

21

22

23

24

25

NOTICE OF APPEARANCE OF
GREGORY L. WATTS                    -1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 $ Fax: (206) 883-26999

## **CERTIFICATE OF SERVICE**

1

2     I hereby certify that on April 13, 2018, I electronically filed the foregoing

3  with the Clerk of the Court using the CM/ECF System which will send notification

4  of such filing to the following:

5      Roger M. Townsend      rtownsend@bjtlegal.com

6      Barry M. Kaplan        bkaplan@wsgr.com, rcarter@wsgr.com

7      Gregory L. Watts       gwatts@wsgr.com, rcarter@wsgr.com

8

9
                             /s/ Gregory L. Watts
10                           Gregory L. Watts, WSBA #43995

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 ◊ Fax: (206) 883-26999