Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:   (206) 883-2500
Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  gwatts@wsgr.com

Attorneys for Defendants
Giga Watt, Inc., GigaWatt Pte. Ltd.,
Cryptonomos Pte. Ltd., and Dave Carlson

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND BALESTRA,<br><br>              Plaintiff,<br><br>       v.<br><br>GIGA WATT, INC., et al.,<br><br>              Defendants. | CASE NO.:  2:18-cv-00103<br><br>NOTICE OF APPEARANCE OF BARRY M. KAPLAN ON BEHALF OF GIGA WATT, INC., GIGAWATT PTE. LTD., CRYPTONOMOS PTE. LTD., and DAVE CARLSON |

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 ◊ Fax: (206) 883-2699

1    TO:          The Clerk of the Court

2    AND TO:     All Parties of Record

3         PLEASE TAKE NOTICE that Barry M. Kaplan of Wilson Sonsini Goodrich

4    & Rosati hereby appears as attorney of record for Defendants Giga Watt, Inc.,

5    GigaWatt Pte. Ltd., Cryptonomos Pte. Ltd., and Dave Carlson.  Mr. Kaplan hereby

6    requests that all future papers and pleadings herein, except original process, be

7    served upon him, at the address set forth below.  Such appearance shall be without

8    prejudice to the Defendants' ability to contest jurisdiction or service of process or

9    assert any other rights or defenses.

10   Dated:  April 13, 2018

11                             /s/ Barry M. Kaplan
                              Barry M. Kaplan, WSBA #8661
12                            Gregory L. Watts, WSBA #43995
                              **WILSON SONSINI GOODRICH & ROSATI**
13                            Professional Corporation
                              701 Fifth Avenue, Suite 5100
14                            Seattle, WA  98104-7036
                              Telephone:  (206) 883-2500
15                            Facsimile:    (206) 883-2699
                              Email:  bkaplan@wsgr.com
16                            Email:  gwatts@wsgr.com

17                             *Attorneys for Defendants Giga Watt, Inc.,*
                              *GigaWatt Pte. Ltd., Cryptonomos Pte. Ltd.,*
18                            *and Dave Carlson*

19

20

21

22

23

24

25

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on April 13, 2018, I electronically filed the foregoing

3   with the Clerk of the Court using the CM/ECF System which will send notification

4   of such filing to the following:

5      Roger M. Townsend        rtownsend@bjtlegal.com

6      Barry M. Kaplan          bkaplan@wsgr.com, rcarter@wsgr.com

7      Gregory L. Watts         gwatts@wsgr.com, rcarter@wsgr.com

8

9                              /s/ Barry M. Kaplan
                               _____
10                             Barry M. Kaplan, WSBA #8661

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 ◊ Fax: (206) 883-26999