Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

Attorneys for Defendants
Giga Watt, Inc., GigaWatt Pte. Ltd.,
Cryptonomos Pte. Ltd., and Dave Carlson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND BALESTRA,<br><br>            Plaintiff,<br><br>      v.<br><br>GIGA WATT, INC., et al.,<br><br>            Defendants. | CASE NO.:  2:18-cv-00103<br><br>CLASS ACTION<br><br>STIPULATION REGARDING<br>RESPONSE TO COMPLAINT |

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699

1    WHEREAS, on March 20, 2018, Plaintiff Raymond Balestra filed a putative

2    class action Complaint alleging violations of Sections 12(a)(1) and 15(a) of the

3    Securities Act of 1933 ("Securities Act") against Giga Watt, Inc., GigaWatt Pte.

4    Ltd., Cryptonomos Pte. Ltd., and Dave Carlson (collectively, "Defendants");

5    WHEREAS, the Securities Act requires that the Court appoint a lead

6    plaintiff and a lead counsel, 15 U.S.C. § 77z-1(a)(3) (describing lead plaintiff

7    selection process);

8    WHEREAS, the parties anticipate that the Court-appointed lead plaintiff will

9    file or designate a Consolidated Complaint;

10   WHEREAS, the parties have met and conferred, and have agreed that

11   judicial economy and efficient litigation would be best served if Defendants did

12   not respond to the current Complaint and instead responded to the Consolidated

13   Complaint filed or designated by the Court-appointed lead plaintiff;

14   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

15   among the respective parties hereto that:

16   1.    Defendants shall have no obligation to respond to the current

17   Complaint.

18   2.    Defendants shall file any response to a Consolidated Complaint filed

19   or designated by the Court-appointed lead plaintiff 45 days after the service of such

20

21

1  Consolidated Complaint, or according to such other schedule as stipulated by the

2  parties and/or ordered by the Court.

3      3.      This Stipulation is entered into without prejudice to any party seeking

4  any interim relief.

5      4.      Nothing in this Stipulation shall be construed as a waiver of any of

6  Defendants' rights or positions in law, or in equity, or as a waiver of any defenses

7  that Defendants would otherwise have, including, without limitation, jurisdictional

8  defenses.

9      The parties respectfully enclose below a proposed order to such effect.

10     Respectfully submitted and dated this 13th day of April 2018.

11
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

12

13  By:  /s/ Barry M. Kaplan
         Barry M. Kaplan, WSBA #8661
         Gregory L. Watts, WSBA #43995

14       701 Fifth Avenue, Suite 5100
         Seattle, WA  98104-7036

15       Telephone:  (206) 883-2500
         Facsimile:   (206) 883-2699

16       Email:  bkaplan@wsgr.com
         Email:  gwatts@wsgr.com

17       *Attorneys for Defendants Giga Watt, Inc.,*

18       *GigaWatt Pte. Ltd., Cryptonomos Pte. Ltd.,*
         *and Dave Carlson*

19

20

21

1    BRESKIN JOHNSON & TOWNSEND PLLC

2    By:  /s/ Roger M. Townsend
          Roger M. Townsend, WSBA #25525
3         1000 Second Avenue, Suite 3670
          Seattle, WA 98104
4         Telephone:  (206) 652-8660
          Facsimile:   (206) 652-8290
5         Email:  rtownsend@bjtlegal.com

6         *Attorneys for Plaintiff Raymond Balestra*

7    LEVI & KORSINSKY, LLP

8    By:  /s/ Donald J. Enright
          Donald J. Enright, *pro hac vice forthcoming*
9         1101 30th St., NW, Ste. 115
          Washington, DC 20007
10        Telephone:  (202) 524-4292
          Facsimile:   (202) 333-2121
11        Email:  denright@zlk.com

12        *Attorneys for Plaintiff Raymond Balestra*

13

14

15

16

17

18

19

20

21

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on April 13, 2018, I electronically filed the foregoing

3   with the Clerk of the Court using the CM/ECF System which will send notification

4   of such filing to the following:

5          Roger M. Townsend          rtownsend@bjtlegal.com

6          Barry M. Kaplan            bkaplan@wsgr.com, rcarter@wsgr.com

7          Gregory L. Watts           gwatts@wsgr.com, rcarter@wsgr.com

8

9                                     /s/ Barry M. Kaplan
                                      Barry M. Kaplan, WSBA #8661

10

11

12

13

14

15

16

17

18

19

20

21

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699