Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

Attorneys for Defendants
Giga Watt, Inc., GigaWatt Pte. Ltd.,
Cryptonomos Pte. Ltd., and Dave Carlson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND BALESTRA,<br><br>  Plaintiff,<br><br>  v.<br><br>GIGA WATT, INC., et al.,<br><br>  Defendants. | CASE NO.: 2:18-cv-00103<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER REGARDING RESPONSE TO COMPLAINT |

[PROPOSED] ORDER RE
RESPONSE TO COMPLAINT

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699

1   THIS MATTER having come before the Court upon the foregoing Stipulation of the parties hereto, the Court HEREBY ORDERS AS FOLLOWS:

  1.  Defendants shall have no obligation to respond to the current Complaint.

  2.  Defendants shall file any response to a Consolidated Complaint filed or designated by the Court-appointed lead plaintiff 45 days after the service of such Consolidated Complaint, or according to such other schedule as stipulated by the parties and/or ordered by the Court.

IT IS SO ORDERED.

Dated this _____ day of _____, 2018.

_____
United States District Judge

[PROPOSED] ORDER RE
RESPONSE TO COMPLAINT                -2-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699