Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

Attorneys for Defendants
Giga Watt, Inc., GigaWatt Pte. Ltd.,
Cryptonomos Pte. Ltd., and Dave Carlson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND BALESTRA,<br><br>    Plaintiff,<br><br>    v.<br><br>GIGA WATT, INC., et al.,<br><br>    Defendants. | CASE NO.:  2:18-cv-00103<br><br>GIGA WATT, INC.'S DISCLOSURE STATEMENT |

GIGA WATT, INC.'S
DISCLOSURE STATEMENT

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699

## **DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Giga Watt, Inc. certifies through the undersigned counsel that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Barry M. Kaplan
    Barry M. Kaplan, WSBA #8661
    Gregory L. Watts, WSBA #43995
    701 Fifth Avenue, Suite 5100
    Seattle, WA  98104-7036
    Telephone: (206) 883-2500
    Facsimile: (206) 883-2699
    Email: bkaplan@wsgr.com
    Email: gwatts@wsgr.com

*Attorneys for Defendants Giga Watt, Inc., GigaWatt Pte. Ltd., Cryptonomos Pte. Ltd., and Dave Carlson*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Roger M. Townsend | rtownsend@bjtlegal.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

/s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661