Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

Attorneys for Defendants
Giga Watt, Inc., GigaWatt Pte. Ltd.,
Cryptonomos Pte. Ltd., and Dave Carlson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND BALESTRA,<br><br>    Plaintiff,<br><br>    v.<br><br>GIGA WATT, INC., et al.,<br><br>    Defendants. | CASE NO.: 2:18-cv-00103<br><br>GIGAWATT PTE. LTD.'S<br>DISCLOSURE STATEMENT |

GIGAWATT PTE. LTD.'S
DISCLOSURE STATEMENT

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant GigaWatt Pte. Ltd. certifies through the undersigned counsel that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Barry M. Kaplan
　　　Barry M. Kaplan, WSBA #8661
　　　Gregory L. Watts, WSBA #43995
　　　701 Fifth Avenue, Suite 5100
　　　Seattle, WA 98104-7036
　　　Telephone: (206) 883-2500
　　　Facsimile: (206) 883-2699
　　　Email: bkaplan@wsgr.com
　　　Email: gwatts@wsgr.com

　　　*Attorneys for Defendants Giga Watt, Inc., GigaWatt Pte. Ltd., Cryptonomos Pte. Ltd., and Dave Carlson*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Roger M. Townsend | rtownsend@bjtlegal.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

/s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661

GIGAWATT PTE. LTD.'S
DISCLOSURE STATEMENT

-3-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699