Roger M. Townsend, WSBA #25525
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: 206-652-8660
Fax: 206-652-8290
Email: rtownsend@bjtlegal.com

[Additional counsel identified on signature page]

HONORABLE SALVADOR MENDOZA JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

| | |
|---|---|
| RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIGA WATT, INC.; GIGA WATT PRE LTD.; CRYPTONOMOS PTE LTD; and DAVE CARLSON,<br><br>Defendants. | No. 18-cv-000103-SMJ<br><br>ALEX McVICKER'S NOTICE OF NON-OPPOSITION TO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>CLASS ACTION<br><br>Note for Motion Calendar: June 21, 2018 |

Movant Alex McVicker ("Movant") respectfully submits this Notice of Non-Opposition regarding his pending Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. ECF No. 13.

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), any party seeking appointment as lead plaintiff in the above-captioned lawsuit was required to move this Court on or before May 22, 2018. On May 22, 2018, Movant, by and through his counsel, timely moved this Court, pursuant to the PSLRA, for an order: (1) appointing Movant as Lead Plaintiff and (2) approving Movant's selection of the law firms Levi & Korsinsky, LLP and Silver Miller as Co-Lead Counsel and Breskin Johnson & Townsend PLLC as Liaison Counsel. ECF No. 13. Movant is the only member of the proposed class that has filed a motion seeking appointment as Lead Plaintiff.

The deadline for the filing of any opposition to the Motion was June 5, 2018, and has now since passed. Based on the facts presented above and on the factual and legal reasons presented in Movant's motion, Movant respectfully requests that the Court issue an order pursuant to 15 U.S.C. § 77z-1(a)(3)(B): (1) appointing Movant as Lead Plaintiff; and (2) approving Movant's choice of Levi & Korsinsky, LLP and Silver Miller as Co-Lead Counsel and Breskin Johnson & Townsend PLLC as Liaison Counsel.

//

//

//

//

NOTICE OF NON-OPPOSITION TO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF - 2
(No. 18-cv-000103-SMJ)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

DATED: June 13, 2018.

BRESKIN JOHNSON TOWNSEND, PLLC

By: *s/Roger Townsend*
    Roger Townsend, WSBA #25525
    1000 Second Avenue, Suite 3670
    Seattle, WA 98104
    Tel: (206)652-8660
    rtownsend@bjtlegal.com

***OF COUNSEL:***

LEVI & KORSINSKY LLP
Donald J. Enright (*Pro hac vice pending*)
1101 30th St., NW, Ste. 115
Washington D.C. 20007
Tel: (202) 524-4292
denright@zlk.com

SILVER MILLER
David C. Silver (*Pro hac vice pending*)
Jason S. Miller (*Pro hac vice pending*)
11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 516-6000
dsilver@silvermillerlaw.com
jmiller@silvermillerlaw.com

*Attorneys for Plaintiff*

NOTICE OF NON-OPPOSITION TO
MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF - 3
(No. 18-cv-000103-SMJ)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

# CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the court's ECF filing system which will automatically serve the filing on registered ECF users:

Barry M. Kaplan
bkaplan@wsgr.com
Gregory L. Watts
gwatts@wsgr.com
Wilson Sonsini Goodrich & Rosati PC

DATED June 13, 2018, at Seattle, Washington.

                        *s/Leslie Boston*
                        Leslie Boston