Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com
Email:  sjensen@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK MOSS, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIGA WATT, INC., a Washington corporation; and GIGA WATT, PTE, LTD., a foreign corporation;<br><br>　　　　Defendants.<br><br>RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIGA WATT, INC., GIGA WATT, PTE, LTD., CRYPTONOMOS PTE. LTD., and DAVE CARLSON,<br><br>　　　　Defendants. | CASE NOS.:　2:18-cv-00100-SMJ<br>　　　　　　　　2:18-cv-00103-SMJ<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE ACTIONS UNDER FED. R. CIV. P. 42(a)**<br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL<br><br><u>Without Oral Argument</u> |

[PROPOSED] ORDER CONSOLIDATING ACTIONS

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500    Fax: (206) 883-2699

After full consideration of the parties' Stipulation To Consolidate Actions Under Fed. R. Civ. P. 42(a),

IT IS HEREBY ORDERED as follows:

(1)  The two above-captioned actions are consolidated for all purposes, including pre-trial proceedings and trial, with *Balestra v. Giga Watt, Inc., et al.*, no. 2:18-cv-00103 (the "*Balestra* Action"), serving as lead case; and

(2)  Defendants need not file any responsive pleading in the consolidated action until 45 days after lead plaintiff in the *Balestra* Action has filed and served a consolidated complaint, or designated an operative complaint in that action.

IT IS SO ORDERED.

DATED this __ day of _____, ____.

_____
The Honorable Salvador Mendoza, Jr.
UNITED STATES DISTRICT JUDGE

Presented by:
s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:  (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  gwatts@wsgr.com
Email:  sjensen@wsgr.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Roger M. Townsend | rtownsend@bjtlegal.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

I certify that I served the foregoing by email to the following:

| | |
|---|---|
| Donald J. Enright | denright@zlk.com |

/s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661

CERTIFICATE OF SERVICE

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500    Fax: (206) 883-2699