The Honorable Salvador Mendoza, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEX MCVICKER and MARK MOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>GIGA WATT, INC.; GIGAWATT PTE LTD.; CRYPTONOMOS PTE. LTD.; DAVE CARLSON; LEONID MARKIN; and EDWRD KHAPTAKHAEV,<br><br>Defendants, | No. 2:18-CV-00103-SMJ (Consolidated with No. 2:18-CV-00100)<br><br>NOTICE OF APPEARANCE<br><br>CLASS ACTION |
| RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GIGA WATT, INC., ET AL.<br><br>Defendants. | |

NOTICE OF APPEARANCE - 1
6440304.doc

TO:   The Clerk of the Court, and

TO:   All Parties and Their Counsel of Record:

PLEASE TAKE NOTICE that Joel E. Wright, attorney at Lee Smart, P.S., Inc., without waiving any objections as to improper service or jurisdiction, hereby enters his appearance in this action as an attorney for defendants Giga Watt, Inc., Dave Carlson, Leonid Markin and Edwrd Khaptakhaev.

You are requested to serve all further papers and proceedings in said cause, except original process, upon Mr. Wright at the address below stated.

DATED this 31st day of October, 2018.

                LEE SMART, P.S., INC.

                By:/s/ Joel E. Wright
                    Joel E. Wright, WSBA No. 8625
                    Of Attorneys for Defendants
                    Giga Watt, Inc., Dave Carlson, Leonid Markin and Edwrd Khaptakhaev

                Lee Smart, P.S., Inc.
                701 Pike Street, Suite 1800
                Seattle, WA 98101-3929
                Phone: 206-622-7990
                JW@leesmart.com

NOTICE OF APPEARANCE - 2
6440304.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle ·WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## DECLARATION OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the court's ECF filing system, which will automatically serve the filing on registered users.

Dated this 31st day of October, 2018 at Seattle, Washington.

*/s/ Susan M. Munn*
Susan M. Munn

NOTICE OF APPEARANCE - 3
6440304.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944