Marc Rosenberg, WSBA No. 31034
LEE SMART, PS, INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98010-3929
Phone: (206) 262-8308
Facsimile: (206) 624-5944
mr@leesmart.com

Of Attorneys for Defendants
Giga Watt, Inc., Dave Carlson,
Leonid Markin and Edwrd Khaptakhaev

The Honorable Salvador Mendoza, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| ALEX MCVICKER and MARK MOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>GIGA WATT, INC.; GIGAWATT PTE LTD.; CRYPTONOMOS PTE. LTD.; DAVE CARLSON; LEONID MARKIN; and EDWRD KHAPTAKHAEV,<br><br>Defendants, | No. 2:18-CV-00103-SMJ<br><br>(Consolidated with No. 2:18-CV-00100)<br><br>NOTICE OF APPEARANCE |
| RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs, | |

NOTICE OF APPEARANCE - 1
6440492.doc

|   |
|---|
| vs. |
| GIGA WATT, INC., ET AL. |
| Defendants. |

TO:   The Clerk of the Court, and

TO:   All Parties and Their Counsel of Record:

PLEASE TAKE NOTICE that Marc Rosenberg, attorney at Lee Smart, P.S., Inc., without waiving any objections as to improper service, jurisdiction, or any other affirmative defenses, hereby enters his appearance in this action as an attorney for defendants Giga Watt, Inc., Dave Carlson, Leonid Markin and Edwrd Khaptakhaev.

You are requested to serve all further papers and proceedings in said cause, except original process, upon Mr. Wright at the address below stated.

DATED this 31st day of October, 2018.

LEE SMART, P.S., INC.

By:s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Giga Watt, Inc., Dave Carlson, Leonid Markin and Edwrd Khaptakhaev

Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101-3929
Phone: 206-622-7990
mr@leesmart.com

NOTICE OF APPEARANCE - 2
6440492.doc

# DECLARATION OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the court's ECF filing system, which will automatically serve the filing on registered users.

| | |
|---|---|
| Roger M. Townsend | rtownsend@bjtlegal.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

Dated this 31st day of October, 2018 at Seattle, Washington.

LEE SMART, P.S., INC.

By: s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Giga Watt, Inc., Dave Carlson, Leonid Markin and Edwrd Khaptakhaev

Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101-3929
Phone: 206-622-7990
mr@leesmart.com

NOTICE OF APPEARANCE - 3
6440492.doc