Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com
Email: sjensen@wsgr.com

Attorneys for Defendants
Giga Watt, Inc., GigaWatt Pte. Ltd.,
Cryptonomos Pte. Ltd., and Dave Carlson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK MOSS an individual,<br>      Plaintiff,<br>   v.<br>GIGA WATT, INC., a Washington corporation, and GIGA WATT, PTE, LTD., a foreign corporation,<br>      Defendants.<br><br>RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br>      Plaintiff,<br>   v.<br>GIGA WATT, INC., GIGAWATT PTE LTD., CRYPTONOMOS PTE. LTD., and DAVE CARLSON,<br>      Defendants. | CASE NO.: 2:18-cv-00100-SMJ<br>CASE NO.: 2:18-cv-00103-SMJ (lead)<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS GIGA WATT, INC., DAVE CARLSON, GIGA WATT PTE. LTD., AND CRYPTONOMOS PTE. LTD. |

[PROPOSED] ORDER RE UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699

THIS MATTER having come before the Court, and good cause having been shown, pursuant to LCivR 83.2(d)(3), the Court HEREBY ORDERS AS FOLLOWS:

Barry M. Kaplan, Gregory L. Watts, and Stephanie L. Jensen of Wilson Sonsini Goodrich & Rosati, P.C. (collectively, "WSGR"), shall be permitted to withdraw from representation of defendants Giga Watt, Inc., Dave Carlson, Giga Watt Pte. Ltd., and Cryptonomos Pte. Ltd. in both above-captioned matters, and ECF notifications in both matters will be updated accordingly to remove WSGR.

IT IS SO ORDERED.

Dated this _____ day of _____, 2018.

_____
United States District Judge

[PROPOSED] ORDER RE UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

-2-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699