1

Hon. Salvador Mendoza, Jr.

2 | Marc Rosenberg
LEE SMART, P.S., INC.
3 | 1800 One Convention Place
701 Pike Street
4 | Seattle, WA 98101-3929
(206) 624-7990
5 | Attorneys for Defendants

6

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

8 | ALEX MCVICKER and MARK
MOSS, individually and on behalf of
9 | all others similarly situated,

No. 2:18-cv-00103-SMJ

(Consolidated with
No. 2:18-cv-00100)

10 |          Plaintiffs,

11 |          v.

ORDER ON DEFENDANTS'
MOTION TO DISMISS UNDER
RULE 12(b)(6)

12 | GIGA WATT, INC.; GIGAGWATT
PTE LTD.; CRYPTONOMOS PTE.
13 | LTD.; DAVE CARLSON; LEONID
MARKIN; and EDWARD
14 | KHAPTAKHAEV, a foreign
corporation,

[PROPOSED]

15

16 |          Defendants.

17 | RAYMOND BALESTRA,
individually and on behalf of all others
18 | similarly situated,

19 |          Plaintiffs,

20 |          v.

21 | GIGA WATT, INC., ET AL.,

22 |          Defendants.

23

24

25

ORDER ON DEFENDANTS' MOTION TO DISMISS
UNDER RULE 12(B)(6) - 1
6449635.doc

1
2
3

THIS MATTER, having come before the Court on Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), the Court having reviewed the records and files herein, and specifically:

4
5

    1.    Plaintiffs' Amended Complaint;

6

    2.    Defendants' Rule 12(b)(6) Motion to Dismiss;

7

    3.    Declaration Attaching White Paper;

8

    4.    Plaintiffs' Response to Defendants' Rule 12(b)(6) Motion to Dismiss, if any;

9
10

    5.    Defendants' Reply on Rule 12(b)(6) Motion to Dismiss;

11

and the Court being fully advised in the premises, now, therefore, it is ORDERED that

12
13

    1.    Defendants' Rule 12(b)(6) Motion to Dismiss is hereby GRANTED.

14
15

    2.    Plaintiff's Amended Complaint (Dkt 22), is hereby dismissed with Prejudice, and all defendants are dismissed from this lawsuit with prejudice for all purposes.

16
17

There being no just reason for delay, the Clerk is instructed to immediately enter this order and close the case.

18
19

ENTERED this ___ day of _____ , 2019.

20
21
22

_____
Hon. Salvador Mendoza, Jr.
U.S. District Court Judge

23
24
25

ORDER ON DEFENDANTS' MOTION TO DISMISS
UNDER RULE 12(B)(6) - 2
6449635.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944