Hon. Salvador Mendoza, Jr.

Marc Rosenberg
LEE SMART, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
(206) 624-7990
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| ALEX MCVICKER and MARK MOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIGA WATT, INC.; GIGAGWATT PTE LTD.; CRYPTONOMOS PTE. LTD.; DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV, a foreign corporation,<br><br>Defendants.<br><br>RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIGA WATT, INC., ET AL.,<br><br>Defendants. | No. 2:18-cv-00103-SMJ<br><br>(Consolidated with No. 2:18-cv-00100)<br><br>DECLARATION ATTACHING WHITE PAPER REFERRED TO AND RELIED ON IN PLAINTIFFS' COMPLAINT |

DECLARATION ATTACHING WHITE PAPER - 1
6449632.doc

Marc Rosenberg hereby declares as follows:

1. I am an attormey foe Giga Watt, Inc. Dave Carlson, Leonid Markin, and Edward Khaptakhaev in the above captioned matter. I am competent to testify and do so from personal knowledge.

2. In their Amended Complaint, Plaintiffs repeated refer to, rely on, and describe at length a document called the "White Paper." (ECF No. 22 at ¶¶ 10, 12, 17, 20, 35, 63, 68, 69, 72, 74, 75, 80, 90, 100).

3. The White Paper was posted by a company called Cryptonomous, and can be found on the website https://wtt.cryptonomos.com/white-paper.pdf.

4. On November 21, 2018, I went to the website provided above. I downloaded a copy of the White Paper from the website provided above.

5. A true and correct copy of the White Paper referred to in Plaintiffs' Amended Complaint, and obtained from the website referred to above, is attached hereto as Exhibit 1.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

SIGNED in Seattle, Washington this 21st day of November, 2018.

By: s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Giga Watt, Inc., Dave Carlson, Leonid
Markin and Edwrd Khaptakhaev

Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101-3929
Phone: 206-622-7990
mr@leesmart.com

DECLARATION ATTACHING WHITE PAPER - 2
6449632.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# DECLARATION OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the court's ECF filing system, which will automatically serve the filing on registered users.

| | |
|---|---|
| Roger M. Townsend | rtownsend@bjtlegal.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |

Dated this 21st day of November, 2018 at Seattle, Washington.

LEE SMART, P.S., INC.

By: s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Giga Watt, Inc., Dave Carlson, Leonid Markin and Edwrd Khaptakhaev

Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101-3929
Phone: 206-622-7990
mr@leesmart.com

DECLARATION ATTACHING WHITE PAPER - 3
6449632.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944