| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Roger M. Townsend, WSBA #25525<br>Breskin Johnson & Townsend PLLC<br>1000 Second Ave., Ste. 3670<br>Seattle, WA 98104<br>(206) 652-8660<br>rtownsend@bjtlegal.com<br><br>[Additional counsel identified on signature page] | HONORABLE SALVADOR MENDOZA JR. |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**SPOKANE DIVISION**

| | |
|---|---|
| ALEX MCVICKER and MARK MOSS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>GIGA WATT, INC.; GIGAWATT PTE, LTD; CRYPTONOMOS PTE, LTD; and DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV, a foreign corporation,<br><br>            Defendants | No. 2:18-cv-00103-SMJ<br><br>(Consolidated with<br>No. 2:18-cv-00100)<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE RE MOTION TO DISMISS (Dkt. # 27)<br><br>AND [PROPOSED] ORDER<br><br>Note for Motion Calendar:<br>1/2/2019<br><br>Note for Motion Calendar if Motion to Expedite Granted:<br>12/10/2018 |
| RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>GIGA WATT, INC., ET AL.,<br><br>            Defendants. | |

STIPULATION AND ORDER- 1
(No. 2:18-cv-00103-SMJ)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

# I. STIPULATION

Plaintiffs Raymond Balestra, Alex McVicker, and Mark Moss ("Plaintiffs") and Defendants Giga Watt, Inc., Dave Carlson, Leonid Markin, and Edward Khaptakhaev (the "Moving Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. A Motion to Dismiss Under Rule 12(b)(6) (Dkt. #27) was filed by the Moving Defendants' counsel on Wednesday, November 21, 2018. A response to the Motion to Dismiss is due on Wednesday, December 12, 2018. A reply to the response to the Motion to Dismiss is due Wednesday, December 26, 2018.

2. Counsel for Plaintiffs and the Moving Defendants have conferred and agreed to a thirty (30) day extension as to the hearing date and to file responsive papers and the reply as follows:

   a. Plaintiffs' response brief would be due Friday, January 11, 2019;

   b. The Moving Defendants' reply would be due Friday, January 25, 2019; and

   c. The Motion to Dismiss would be noted for hearing on February 12, 2019.

   d. The Motion to Dismiss was filed without a request for oral argument.

3. Plaintiffs agree not to take any action as to any Defendant in the intervening time period.

So stipulated and agreed to on December 3, 2018.

By: */s/ Roger M. Townsend*
Roger M. Townsend, WSBA #25525
BRESKIN JOHNSON TOWNSEND PLLC
1000 Second Ave. Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Email: rtownsend@bjtlegal.com

*Attorney for Plaintiffs*

By: */s/ Marc Rosenberg*
Marc Rosenberg, WSBA #31034
LEE SMART, P.S., INC.
701 Pike Street, Suite 1800
Seattle, WA 98101
Telephone: (206) 622-7990
Email: mr@leesmart.com

*Attorneys for Defendants Giga Watt, Inc., Dave Carlson, Leonid Markin, and Edwrd Khaptakhaev*

## II. [PROPOSED] ORDER

This matter is before the Court on the parties' STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AND REPLY TO RESPONSE TO MOTION TO DISMISS. The Court, having considered the Stipulation, orders as follows:

1. Plaintiffs' response brief is due on our before Friday, January 11, 2019.

2. The Moving Defendants' reply is due on or before Friday, January 25. 2019.

3. The Motion to Dismiss will be noted for hearing on February 12, 2019.

4. Plaintiffs shall not to take any action as to any Defendant during this time period.

DATED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE SALVADOR MENDOZA JR

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this date I filed the foregoing document with the Clerk of the Court using the court's ECF filing system which will automatically serve the filing on registered ECF users:

Marc Rosenberg
LEE SMART, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
(206) 624-7990

Attorneys for Defendants

DATED December 3, 2018, at Seattle, Washington.

                                      *s/Leslie Boston*
                                      Leslie Boston, Legal Assistant