1 | Roger M. Townsend, WSBA #25525
Breskin Johnson & Townsend PLLC
2 | 1000 Second Ave., Ste. 3670
Seattle, WA 98104
3 | (206) 652-8660
rtownsend@bjtlegal.com

4

[Additional counsel identified on
5 | signature page]

6

7 | **UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**SPOKANE DIVISION**
8

9 | ALEX MCVICKER and MARK
MOSS, individually and on behalf of
all others similarly situated,

10 |                    Plaintiff,

11 |        v.

GIGA WATT, INC.; GIGAWATT
12 | PTE, LTD; CRYPTONOMOS PTE,
LTD; and DAVE CARLSON;
13 | LEONID MARKIN; and EDWARD
KHAPTAKHAEV, a foreign
corporation,
14

                   Defendants
15

16 | RAYMOND BALESTRA,
individually and on behalf of all
others similarly situated,

17 |                    Plaintiff,

18 |        v.

GIGA WATT, INC., ET AL.,
19

                   Defendants.
20

No. 2:18-cv-00103-SMJ

(Consolidated with
No. 2:18-cv-00100)

MOTION TO EXPEDITE
CONSIDERATION OF STIPULATION
TO EXTEND BRIEFING SCHEDULE
RE MOTION TO DISMISS (Dkt. # 27)

NOTE FOR MOTION CALENDAR:
December 10, 2018

HONORABLE SALVADOR
MENDOZA JR.

MOTION TO EXPEDITE- 1
(No. 2:18-cv-00103-SMJ)

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

## I.    MOTION

Plaintiffs Raymond Balestra, Alex McVicker, and Mark Moss ("Plaintiffs") and Defendants Giga Watt, Inc., Dave Carlson, Leonid Markin, and Edward Khaptakhaev (the "Moving Defendants"), by and through their undersigned counsel of record, hereby request expedited consideration of their Stipulation and Proposed Order on Briefing Schedule for Defendants' Motion to Dismiss Under Rule 12(b)(6) (Dkt. 27).

Due to the holidays and case schedules of counsel, the parties have agreed to an extension of the hearing date and corresponding briefing schedule.

This request is not for the purposes of delay.

DATED:  December 3, 2018.

By:    */s/ Roger M. Townsend*
       Roger M. Townsend, WSBA #25525
       BRESKIN JOHNSON TOWNSEND PLLC
       1000 Second Ave. Suite 3670
       Seattle, WA 98104
       Telephone: (206) 652-8660
       Email: rtownsend@bjtlegal.com

*Attorney for Plaintiffs*

MOTION TO EXPEDITE- 2
(No. 2:18-cv-00103-SMJ)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1

2

By:    */s/ Marc Rosenberg*

Marc Rosenberg, WSBA #31034
LEE SMART, P.S., INC.

3

701 Pike Street, Suite 1800
Seattle, WA 98101

4

Telephone: (206) 622-7990
Email: mr@leesmart.com

5

*Attorneys for Defendants Giga Watt, Inc., Dave*

6

*Carlson, Leonid Markin, and Edwrd Khaptakhaev*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

MOTION TO EXPEDITE- 3
(No. 2:18-cv-00103-SMJ)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1

CERTIFICATE OF SERVICE

2

I hereby certify under penalty of perjury that on this date I filed the

3

foregoing document with the Clerk of the Court using the court's ECF filing

4

system which will automatically serve the filing on registered ECF users:

5

Marc Rosenberg
LEE SMART, P.S., INC.

6

1800 One Convention Place
701 Pike Street

7

Seattle, WA 98101-3929
(206) 624-7990

8

9

Attorneys for Defendants

DATED December 3, 2018, at Seattle, Washington.

10

_s/Leslie Boston_____

11

Leslie Boston, Legal Assistant

12

13

14

15

16

17

18

19

20

MOTION TO EXPEDITE- 4
(No. 2:18-cv-00103-SMJ)

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660