Roger M. Townsend, WSBA #25525
Breskin Johnson & Townsend PLLC
1000 Second Ave., Ste. 3670
Seattle, WA 98104
(206) 652-8660
rtownsend@bjtlegal.com

[Additional counsel identified on signature page]

HONORABLE SALVADOR MENDOZA JR.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION**

| | |
|---|---|
| ALEX MCVICKER and MARK MOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIGA WATT, INC.; GIGAWATT PTE, LTD; CRYPTONOMOS PTE, LTD; and DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV, a foreign corporation,<br><br>Defendants | No. 2:18-cv-00103-SMJ<br><br>(Consolidated with No. 2:18-cv-00100)<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXPEDITE CONSIDERATION OF THE PARTIES STIPULATION RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS |
| RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIGA WATT, INC., ET AL.,<br><br>Defendants. | |

[PROPOSED] ORDER GRANTING
MOTION TO EXPEDITE- 1
(No. 2:18-cv-00103-SMJ)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

1   This matter is before the Court on Plaintiffs Raymond Balestra, Alex
2   McVicker, and Mark Moss' ("Plaintiffs") and Defendants Giga Watt, Inc., Dave
3   Carlson, Leonid Markin, and Edward Khaptakhaev's (the "Moving Defendants")
4   Motion to Expedite Consideration of the parties' Stipulation and Proposed Order
5   to Extend Briefing Schedule re Motion to Dismiss (Dkt. 27).

   The Court finds there is good cause to expedite consideration of the parties'
7   stipulation. It is therefore

8   ORDERED that the Motion to Expedite is GRANTED.

9   Dated this _____ day of _____, 2018.

   _____
11  UNITED STATES DISTRICT JUDGE
    HONORABLE SALVADOR MENDOZA JR

[PROPOSED] ORDER GRANTING
MOTION TO EXPEDITE- 2
(No. 2:18-cv-00103-SMJ)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

*Presented by:*

By: */s/ Roger M. Townsend*
Roger M. Townsend, WSBA #25525
BRESKIN JOHNSON TOWNSEND PLLC
1000 Second Ave. Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Email: rtownsend@bjtlegal.com

*Attorney for Plaintiffs*

By: */s/ Marc Rosenberg*
Marc Rosenberg, WSBA #31034
LEE SMART, P.S., INC.
701 Pike Street, Suite 1800
Seattle, WA 98101
Telephone: (206) 622-7990
Email: mr@leesmart.com

*Attorneys for Defendants Giga Watt, Inc., Dave Carlson, Leonid Markin, and Edwrd Khaptakhaev*