Hon. Salvador Mendoza, Jr.

Marc Rosenberg
LEE SMART, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
(206) 624-7990
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| ALEX MCVICKER and MARK MOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIGA WATT, INC.; GIGAGWATT PTE LTD.; CRYPTONOMOS PTE. LTD.; DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV, a foreign corporation,<br><br>Defendants.<br><br>RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIGA WATT, INC., ET AL.,<br><br>Defendants. | No. 2:18-cv-00103-SMJ<br><br>(Consolidated with No. 2:18-cv-00100)<br><br>NOTICE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 |

TO INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Giga Watt, Inc. (the "Debtor") filed a

---

NOTICE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 - 1
6453108.doc

voluntary petition under chapter 11 of the United States Bankruptcy Code on November 19, 2018. The Debtor's bankruptcy reorganization case is pending before the United States Bankruptcy Court for the Eastern District of Washington, as Case No. 18-03197-FPC11. A copy of the face-page of the Debtor's chapter 11 petition is attached hereto.

PLEASE TAKE FURTHER NOTICE that upon the filing of the Debtor's chapter 11 petition an automatic stay went into effect with respect to the Debtor pursuant to 11 U.S.C. § 362. As a result, at this time, all entities are stayed and prohibited from:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

NOTICE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 - 2
6453108.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title.

11 U.S.C. § 362.

Respectfully submitted this 14th day of December, 2018.

By: s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Giga Watt, Inc., Dave Carlson, Leonid Markin and Edwrd Khaptakhaev

Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101-3929
Phone: 206-622-7990
mr@leesmart.com

NOTICE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 - 3
6453108.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# DECLARATION OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the court's ECF filing system, which will automatically serve the filing on registered users.

Roger M. Townsend    rtownsend@bjtlegal.com

Dated this 14th day of December, 2018 at Seattle, Washington.

LEE SMART, P.S., INC.

By: s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendants
Giga Watt, Inc., Dave Carlson, Leonid Markin and Edwrd Khaptakhaev

Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA  98101-3929
Phone: 206-622-7990
mr@leesmart.com

NOTICE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 - 4
6453108.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# Exhibit 1

{885844.DOC}C}

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  GIGA WATT INC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  81-4797010

**4. Debtor's address**

Principal place of business:
2504 Columbia Ave NW
East Wenatchee, WA 98802-3941
Number, Street, City, State & ZIP Code

DOUGLAS
County

Mailing address, if different from principal place of business:
1250 N Wenatchee Ave, Suite H #147
Wenatchee, WA 98801
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1