Benjamin Ellison, WSBA #48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
Attorneys for Official Unsecured Creditors' Committee

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| ALEX MCVICKER and MARK MOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GIGA WATT, INC.; GIGA WATT PTE LTD,; CRYPTONOMOS PTE.LTD.; DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV, a foreign corporation,<br><br>Defendants,<br><br>RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>Plalintiffs, | Case No. 2:18-cv-00103-SMJ (Consolidated with Case No. 2:18-cv-00100)<br><br>NOTICE OF LIMITED APPEARANCE |

v.

GIGA WATT, INC., ET. AL.,

Defendants.

TO: CLERK OF THE COURT; AND
TO: ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that Benjamin A. Ellison of DBS Law hereby enters an appearance for notification purposes only in the above-captioned matter on behalf of interested party, The Committee of the Unsecured Creditors of Giga Watt, Inc. in Eastern District of Washington Bankruptcy Case No. 18-03197-11, and requests that all further papers and pleadings, except original process, be served upon the undersigned attorney at 155 NE 100th St., Suite 205, Seattle, Washington, 98125.

DATED this 5th day of March, 2019.

DBS | Law

*/s/ Ben Ellison*
Ben Ellison, WSBA # 48315
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
*Attorneys for Official Unsecured Creditors Committee*



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205 Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737