US POSTAGE
$01.15º
AIRMAIL/PARAVION
Mailed From 99201
11/09/2018
032A 0061854519
Post Ltd
Non-Delivery
applicable
No such name/company
Incorrect/Insufficient address
Refused
Unoccupied/Demolished/No letterbox
Building not ready (No T.O.P)/
Deemed unsafe for delivery
Letterbox Full/Faulty
PO Box Closed
Others:
Officer's Name:
Md Faizal
RECEIVED
MAR 14 2019
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON
GIGA WATT, PTE, LTD.,
1 Coleman Street
#08-07
The Adelphi
Singapore 179803
00437#0001



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2018

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ALEX MCVICKER and MARK MOSS, individually and on behalf of all others similarly situated,,

Plaintiffs,

v.

GIGA WATT, INC.; GIGAGWATT PTE LTD.; CRYPTONOMOS PTE. LTD.; DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV,

Defendants.

RAYMOND BALESTRA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GIGA WATT, INC.; GIGAGWATT PTE LTD.; CRYPTONOMOS PTE. LTD.; DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV,

Defendants.

No. 2:18-CV-00100-SMJ
2:18-CV-00103-SMJ

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

RECEIVED
UNITED STATES DISTRICT COURT
MAR 14 2019
CLERK, U.S. DISTRICT COURT
SPOKANE WA