UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Thomas S. Foley United States Courthouse, Room 840
Spokane, Washington 99201
Mailing: P.O. Box 1493
Spokane, WA 99210

OFFICIAL BUSINESS

US POSTAGE
$01.15⁰
AIRMAIL/PARAVION
Mailed From 99201
11/09/2018
032A 0061854519

Singapore Post Ltd
Reason for Non-Delivery
Tick (✓) the applicable
☑ Moved
☐ No such name/company
☐ Incorrect/Insufficient address
☐ Refused
☐ Unoccupied/Demolished/No letterbox
☐ Building not ready (No.T.O.P)/
    Deemed unsafe for delivery
☐ Letterbox Full/Faulty
☐ PO Box Closed
☐ Others: ___Md. Faizal___

Officer's Name:

20 NOV '13

Cryptonomos PTE. LTC.
1 Coleman Street
#0807
The Adelphi
Singapore, 179803

RECEIVED
MAR 15 2019
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

0043700001

```
                                              FILED IN THE
                                           U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF WASHINGTON

              UNITED STATES DISTRICT COURT    Nov 08, 2018
              EASTERN DISTRICT OF WASHINGTON  SEAN F. McAVOY, CLERK
```

| | |
|---|---|
| ALEX MCVICKER and MARK MOSS, individually and on behalf of all others similarly situated,, | No.  2:18-CV-00100-SMJ<br>2:18-CV-00103-SMJ |
| Plaintiffs, | **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |
| v. | |
| GIGA WATT, INC.; GIGAGWATT PTE LTD.; CRYPTONOMOS PTE. LTD.; DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV, | |
| Defendants. | |
| RAYMOND BALESTRA, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| GIGA WATT, INC.; GIGAGWATT PTE LTD.; CRYPTONOMOS PTE. LTD.; DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV, | |
| Defendants. | |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - 1